# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**609**
**KA 13-00667**
PRESENT: SMITH, J.P., CARNI, LINDLEY, VALENTINO, AND WHALEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                          MEMORANDUM AND ORDER

DERRELL A.E., DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

---

LEANNE LAPP, PUBLIC DEFENDER, CANANDAIGUA, D.J. & J.A. CIRANDO, ESQS.,
SYRACUSE (BRADLEY E. KEEM OF COUNSEL), FOR DEFENDANT-APPELLANT.

R. MICHAEL TANTILLO, DISTRICT ATTORNEY, CANANDAIGUA (JAMES RITTS OF
COUNSEL), FOR RESPONDENT.

---

Appeal from an adjudication of the Ontario County Court (William
F. Kocher, J.), rendered October 3, 2012. The adjudication revoked
defendant's sentence of probation and imposed a sentence of
imprisonment.

It is hereby ORDERED that the adjudication so appealed from is
unanimously affirmed.

Same memorandum as in *People v Derrell A.E.* ([appeal No. 1] ___
AD3d ___ [May 8, 2015]).

Entered: May 8, 2015                        Frances E. Cafarell
                                            Clerk of the Court